ADAMS LAW GROUP, LTD.
JAMES R. ADAMS, ESQ.
Nevada Bar No. 6874
ASSLY SAYYAR, ESQ.
Nevada Bar No. 9178
8681 W. Sahara Ave, Suite 280
Las Vegas, Nevada 89117
Tel: 702-838-7200
Fax: 702-838-3636
james@adamslawnevada.com
*Attorneys for Plaintiffs*

PUOY K. PREMSRIRUT, ESQ., INC.
Puoy K. Premsrirut, Esq.
Nevada Bar No. 7141
520 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101
(702) 384-5563
(702)-385-1752 Fax
ppremsrirut@brownlawlv.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS OTOMO, an individual; TIMOTHY MCCRIGHT, and individual, on behalf of themselves and all those similarly situated, | Case No.: 2:10-cv-2199 |
| Plaintiffs, | **DECLARATION OF JAMES R. ADAMS, ESQ.** |
| vs. | |
| NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; and DAVID STONE, an individual, | |
| Defendants. | |

I, JAMES R. ADAMS, ESQ., having been duly sworn and under penalty of perjury, do hereby declare and affirm as follows:

1.   Declarant is over the age of 18, and am mentally competent.

2.   I am the attorney for Timothy McCright in the above captioned action.

3.   Declarant has personal knowledge of the facts contained in this Declaration and if called to testify under oath, he could and would do so.

ADAMS LAW GROUP, LTD.
8681 W. SAHARA AVENUE, SUITE 280
LAS VEGAS, NEVADA 89117
TELEPHONE (702) 838-7200
FACSIMILE (702) 838-3636

4.   Exhibit 1 attached hereto is a true and correct copy of the email correspondence between myself and Patrick Reilly, Esq., counsel for Defendants.

5.   After several requests, and my supplying to Mr. Reilly a draft copy of a draft motion for temporary restraining order, the foreclosure sale which is the subject of the current Motion for Preliminary Injunction has been continued from December 23, 2010, to February 4, 2011. No further continuance have been granted.

6.   Efforts to convince Defendants' counsel to terminate the auction have failed.

FURTHER AFFIANT SAYETH NAUGHT.



JAMES R. ADAMS, ESQ.

Sworn to and subscribed before me
this _____ day of January, 2011.

Notary Public in and for said
County and State.

Toni P. Hansen
Notary Public
State of Nevada
Date Appointment Exp: 02-09-11
Certificate No: 98-49523-1

ADAMS LAW GROUP, LTD.
8681 W. SAHARA AVENUE, SUITE 280
LAS VEGAS, NEVADA 89117
TELEPHONE (702) 838-7200
FACSIMILE (702) 838-3636

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Adams Law Group, Ltd., and that  I served the forgoing

**DECLARATION OF JAMES R. ADAMS, ESQ.** on all parties to this action by:

| x | Placing an original or true copy thereof in a sealed enveloped place for collection and mailing in the United States Mail, at Las Vegas, Nevada, postage paid, following the ordinary business practices; |
|---|---|
|   | Hand Delivery |
|   | Facsimile |
|   | Overnight Delivery |
|   | Certified Mail, Return Receipt Requested. |

Patrick J. Reilly, Esq.
Holland & Hart, LLP
3800 H. Hughes Parkway, 10th Flr.
Las Vegas, Nevada 8919
Attorneys who previously consented to accept service in this action on behalf of Defendants

Nevada Association Services, Inc.
c/o David Stone, Resident Agent
6224 W. Desert Inn Road, Suite A
Las Vegas, Nevada 89146

David Stone
6224 W. Desert Inn Road, Suite A
Las Vegas, Nevada 89146

Dated this ___ day of _January_ 2011.

An Employee of Adams Law Group, Ltd

# Exhibit 1

of

## Declaration of James R. Adams, Esq.

## James Adams

| | |
|---|---|
| **From:** | James Adams |
| **Sent:** | Monday, December 20, 2010 11:12 AM |
| **To:** | 'Patrick Reilly' |

**Subject:** RE: Timothy McCright

Thanks Pat. Please take some time over the holidays to do something other than work.

James R. Adams, Esq.
Adams Law Group, Ltd.
8681 W. Sahara Ave., Suite 280
Las Vegas, NV 89117
Ph: 702-838-7200  Fax: 702-838-3636

CONFIDENTIAL.  This e-mail message and the information it contains is intended only for the named recipient
(s) and may contain information that is a trade secret, proprietary, privileged, or attorney work product.  This
message is intended to be privileged and confidential communications protected from disclosure.  If you are not the
named recipient(s), any dissemination, distribution or copying is strictly prohibited.  If you have received this e-mail
message in error, please notify the sender at 702-838-7200 or by e-mail at james@adamslawnevada.com and
permanently delete this message and any attachments from your workstation or network mail system.
Tax Opinion Disclaimer.  To comply with IRS regulations, we advise that any discussion of Federal tax issues in
this E-mail was not intended or written to be used, and cannot be used by you, i) to avoid any penalties imposed
under the Internal Revenue Code or, ii) to promote, market or recommend to another party any transaction or matter
addressed herein.

**From:** Patrick Reilly [mailto:PReilly@hollandhart.com]
**Sent:** Monday, December 20, 2010 11:14 AM
**To:** James Adams
**Subject:** RE: Timothy McCright

James,

Per our discussion, and given my inability to review the allegations of the case on such short notice, NAS
has agreed to postpone the pending foreclosure sale until February 4, 2011.  Over the holidays, I will take
a look at this and discuss possible next steps with you.

Thank you.

*Patrick J. Reilly, Esq.*
*Holland & Hart LLP*
*3800 Howard Hughes Parkway*
*Tenth Floor*
*Las Vegas, Nevada 89169*
*www.hollandhart.com*
*Telephone (702) 222-2542*
*Cell Phone (702) 882-0112*
*Facsimile (702) 669-4650*

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.

**From:** James Adams [mailto:James@adamslawnevada.com]

1/12/2011

**Sent:** Monday, December 20, 2010 10:42 AM
**To:** Patrick Reilly
**Subject:** RE: Timothy McCright

Pat,

Here is a copy of the complaint and the draft motion for TRO. I'm still hoping you'll reconsider the auction.

James R. Adams, Esq.
Adams Law Group, Ltd.
8681 W. Sahara Ave., Suite 280
Las Vegas, NV 89117
Ph: 702-838-7200 Fax: 702-838-3636

CONFIDENTIAL. This e-mail message and the information it contains is intended only for the named recipient(s) and may contain information that is a trade secret, proprietary, privileged, or attorney work product. This message is intended to be privileged and confidential communications protected from disclosure. If you are not the named recipient(s), any dissemination, distribution or copying is strictly prohibited. If you have received this e-mail message in error, please notify the sender at 702-838-7200 or by e-mail at james@adamslawnevada.com and permanently delete this message and any attachments from your workstation or network mail system.
Tax Opinion Disclaimer. To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, i) to avoid any penalties imposed under the Internal Revenue Code or, ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Patrick Reilly [mailto:PReilly@hollandhart.com]
**Sent:** Monday, December 20, 2010 10:06 AM
**To:** James Adams
**Subject:** FW: Timothy McCright

I heard back from my client regarding your request to postpone the foreclosure. NAS has no intention of postponing the sale; however, he can pay under protest to avoid the sale and preserve his rights for a later date. That should eliminate the need for seeking a TRO.

Thank you.

**From:** Patrick Reilly
**Sent:** Monday, December 20, 2010 9:46 AM
**To:** 'James Adams'
**Subject:** FW: Timothy McCright

Please be advised that my office will accept service of the summons and complaint in the federal court action. If you do intend to seek a temporary restraining order, I expect that you will be providing a copy to my office simultaneously with filing in accordance with Rule 65.

I obviously have not yet had a chance to see the Complaint yet but cannot imagine why you would be suing Mr. Stone in an individual capacity.

Also, you did not attach a copy of the letter, and I do not know why you are in contact with the HOA directly when you know this has been sent out for collections.

*Patrick J. Reilly, Esq.*
*Holland & Hart LLP*
*3800 Howard Hughes Parkway*
*Tenth Floor*
*Las Vegas, Nevada 89169*
*www.hollandhart.com*

1/12/2011

*Telephone (702) 222-2542*
*Cell Phone (702) 882-0112*
*Facsimile (702) 669-4650*

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.

---

**From:** James Adams [mailto:James@adamslawnevada.com]
**Sent:** Monday, December 20, 2010 7:46 AM
**To:** Patrick Reilly
**Cc:** ppremsrirut@brownlawlv.com
**Subject:** RE: Timothy McCright

Pat,

I would once again request NAS halt the foreclosure scheduled for December 23, at 10 a.m., on Mr. McCright's property. I have attached a letter from the Willow Tree HOA stating that he is in "good standing." I'll need to move forward with an application for TRO if NAS does not consent to continue the foreclosure. Could you please advise me by 10:30 a.m., as time is very short. On Friday afternoon, Mr. McCright and another homeowner filed an action in federal district court against NAS and Mr. Stone. The case number is 2:10-cv-02199.  Thanks.

James

James R. Adams, Esq.
Adams Law Group, Ltd.
8681 W. Sahara Ave., Suite 280
Las Vegas, NV 89117
Ph: 702-838-7200  Fax: 702-838-3636

CONFIDENTIAL.  This e-mail message and the information it contains is intended only for the named recipient(s) and may contain information that is a trade secret, proprietary, privileged, or attorney work product.  This message is intended to be privileged and confidential communications protected from disclosure.  If you are not the named recipient(s), any dissemination, distribution or copying is strictly prohibited.  If you have received this e-mail message in error, please notify the sender at 702-838-7200 or by e-mail at james@adamslawnevada.com and permanently delete this message and any attachments from your workstation or network mail system.
Tax Opinion Disclaimer.  To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, i) to avoid any penalties imposed under the Internal Revenue Code or, ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Patrick Reilly [mailto:PReilly@hollandhart.com]
**Sent:** Thursday, December 16, 2010 10:51 AM
**To:** James Adams
**Subject:** RE: Timothy McCright

I'm not sure who he needs to make the check out to, but he needs to deal directly with NAS.  And they are still willing to give a SLIGHT reduction to Mr. McCright (the capital letters provided by my client, not me).

Thanks.

---

**From:** James Adams [mailto:James@adamslawnevada.com]

**Sent:** Thursday, December 16, 2010 9:52 AM
**To:** Patrick Reilly
**Subject:** RE: Timothy McCright

Pat,

Thanks for the quick response. Just for clarification, does he owe NAS $2,629.67, or does he owe the HOA that?

James R. Adams, Esq.
Adams Law Group, Ltd.
8681 W. Sahara Ave., Suite 280
Las Vegas, NV 89117
Ph: 702-838-7200  Fax: 702-838-3636

CONFIDENTIAL. This e-mail message and the information it contains is intended only for the named recipient(s) and may contain information that is a trade secret, proprietary, privileged, or attorney work product. This message is intended to be privileged and confidential communications protected from disclosure. If you are not the named recipient(s), any dissemination, distribution or copying is strictly prohibited. If you have received this e-mail message in error, please notify the sender at 702-838-7200 or by e-mail at james@adamslawnevada.com and permanently delete this message and any attachments from your workstation or network mail system.

Tax Opinion Disclaimer. To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, i) to avoid any penalties imposed under the Internal Revenue Code or, ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Patrick Reilly [mailto:PReilly@hollandhart.com]
**Sent:** Thursday, December 16, 2010 9:34 AM
**To:** James Adams
**Subject:** Timothy McCright

James,

I have heard back from my client and NAS will not agree to continue the foreclosure sale. From my understanding, this matter does not involve a superpriority lien. He fell behind on his assessments, and the matter was sent to collections. He circumvented NAS and went directly to the HOA to pay certain outstanding assessments. However, he nevere paid the collection fees that had already accrued. Then he filed a complaint against NAS with the FID. I am surprised that you would ask for such a courtesy given the foregoing--I assume you were not aware of it. Setting that aside, NAS has given this gentleman ample opportunity to bring his account current and even offered him a reduction of fees. He is just playing games at this point, and the outstanding current amount owed is $2,629.67, which needs to be delivered to NAS's offices before December 23 if he wants to avoid foreclosure.

Thank you.

*Patrick J. Reilly, Esq.*
*Holland & Hart LLP*
*3800 Howard Hughes Parkway*
*Tenth Floor*
*Las Vegas, Nevada 89169*
*www.hollandhart.com*
*Telephone (702) 222-2542*
*Cell Phone (702) 882-0112*
*Facsimile (702) 669-4650*

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.

1/12/2011