# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS OTOMO, an individual; TIMOTHY MCCRIGHT, an individual, on behalf of themselves and all those similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; and DAVID STONE, an individual,<br><br>　　　　　　　Defendants. | 2:10-CV-2199 JCM (GWF) |

**ORDER**

Presently before the court is plaintiffs Timothy McCright and Nicholas Otomo's motion for preliminary injunction on order shortening time. (Doc. #9).

In the present motion, plaintiffs assert that the foreclosure sale scheduled to occur on February 4, 2010, is unlawful and should be enjoined from taking place. Pursuant to Federal Rule of Civil Procedure 65, "[t]he court may issue a preliminary injunction only on notice to the adverse party."

Accordingly,

IT IS HEREBY ORDER ADJUDGED AND DECREED that the hearing on plaintiffs' motion for preliminary injunction (doc. #9) be held before this court on January 26, 2011, at 10:00am.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendants Nevada Association Services, Inc. and David Stone file and serve their opposition to the motion on or before January 20, 2011, and plaintiffs file and serve their reply by January 24, 2011.

DATED January 14, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -