Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Jenny L. Routheaux
Nevada Bar No. 11258
Holland & Hart LLP
3800 Howard Hughes Parkway
Tenth Floor
Las Vegas, Nevada 89169
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
jlroutheaux@hollandhart.com

*Attorneys for Defendants*
*Nevada Association Services, Inc. and*
*David Stone*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLAS OTOMO, an individual; TIMOTHY MCCRIGHT, an individual, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; and DAVID STONE, an individual,<br><br>Defendants. | Case No. : 2:10-cv-02199-JCM-GWF<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO VACATE HEARING** |

## **STIPULATION**

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff Timothy McCright filed a Motion for Preliminary Injunction on Order Shortening Time (the "Motion") on January 13, 2011 (Doc. #9).

2. In an Order dated January 14, 2011, the Court set a hearing on the Motion for January 26, 2011 at 10:00 a.m. (Doc. #16). The hearing time was subsequently changed to 1:30 p.m. that same day.

3. Plaintiffs and Defendants stipulate and agree that the Motion is hereby withdrawn.

4. The hearing set for January 26, 2011, before the Honorable James C. Mahan, United States District Court Judge, shall be vacated.

| DATED this 20th day of January, 2011. | DATED this 20th day of January, 2011. |
|---|---|
| ADAMS LAW GROUP, LTD. | HOLLAND & HART LLP |
| By: _____ /s/ James R. Adams_____<br>James R. Adams, Esq.<br>Assly Sayyar, Esq.<br>8681 West Sahara Avenue, Suite 280<br>Las Vegas, Nevada 89117<br><br>Puoy K. Premsrirut<br>Brown Brown & Premsrirut<br>520 South Fourth Street, Second Floor<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiffs* | By: _____ /s/ Patrick J. Reilly_____<br>Patrick J. Reilly, Esq.<br>Jenny L. Routheaux, Esq.<br>Holland & Hart LLP<br>3800 Howard Hughes Parkway<br>Tenth Floor<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants*<br>*Nevada Association Services, Inc. and*<br>*David Stone* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____

5007491_3.DOC