UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS OTOMO, an individual; TIMOTHY MCCRIGHT, and individual, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; and DAVID STONE, an individual,<br><br>Defendants. | Case No.: 2:10cv-02199-JCM-GWF<br><br><br><br>ORDER |

Defendants' Motion to Dismiss or, Alternatively, Motion for Summary Judgment (#22), and Defendants' Motion to Dismiss Class Allegations (#23) came before this Honorable Court for oral argument after full written briefing on July 27, 2011 at 10:30 am. After reviewing all documents filed by the parties (#22, #33, #25, #26, #27, #28, #30, #33, #34, #35, #36, #37, #43, #44, #45, #46, #49, and #50) , and hearing oral argument from James R. Adams, Esq. and Puoy K. Premsrirut, Esq. on behalf of the Plaintiffs and Patrick J. Reilly, Esq. on behalf of the Defendants, the Court for good cause appearing hereby finds and rules as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss or, Alternatively, Motion for Summary Judgment (#22) was heard pursuant to FRCP 56 and DENIED WITHOUT PREJUDICE. There is insufficient evidence before the Court to make any such ruling under FRCP 56 at this time.

///

///

///

///

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss Class Allegations (#23) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated this 12th day of September, 2011.

_____
U.S. District Court Judge James C. Mahan

Respectfully Submitted by:

ADAMS LAW GROUP, LTD.

_____
JAMES R. ADAMS, ESQ.
Nevada Bar No. 6874
ASSLY SAYYAR, ESQ.
Nevada Bar No. 9178
8330 W. Sahara Ave., Suite 290
Las Vegas, Nevada 89117
Attorneys for Plaintiff

Approved as to Form:

HOLLAND & HART, LLP

/s/ Patrick J. Reilly
PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Attorneys for Defendants.