# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLAS OTOMO, TIMOTHY McCRIGHT, on behalf of themselves and all those similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC. and DAVID STONE,<br><br>            Defendants. | Case No.  2:10-cv-02199-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Amended Complaint (#6) in this matter was filed December 29, 2010.  Defendants filed their Answer (#55) on September 26, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **November 28, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 14th day of November, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge