# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NICHOLAS OTOMO, an individual; TIMOTHY MCCRIGHT, an individual, on behalf of themselves and all those similarly situated,

      Plaintiffs,

v.

NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; and DAVID STONE, an individual,

      Defendants.

2:10-CV-2199 JCM (GWF)

**ORDER**

On January 8, 2014, the court held a status check hearing regarding this action. (Doc. # 86). At that time, plaintiff's counsel stated that the parties had reached a settlement and that plaintiff would pay defendant an agreed amount upon receiving his income tax refund. *Id.* The court then ordered that the parties appear for a follow-up status check hearing on March 17, 2014, if this action was not resolved prior to that date.

On February 14, 2014, defendants filed a motion to enforce the settlement agreement, claiming that plaintiff still had not paid the amount due pursuant to the settlement. On February 19, 2014, Magistrate Judge Foley set a hearing regarding defendants' motion for March 19, 2014.

The court finds it prudent to re-set the status check hearing for Friday, March 21, 2014, to allow the parties to appraise the status of this case following the hearing with Magistrate Judge Foley.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the status check hearing

3  currently scheduled for Monday, March, 17, 2014, at 10:30 am be re-scheduled for **Friday, March**

4  **21, 2014, at the hour of 10:00 am.**

5  DATED March 14, 2014.

*/s/ James C. Mahan*
_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -